IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. |
| vs. | ) 15mj 2428 |
| **ANTONIO VALDEZ**, | ) |
| Defendant. | ) |

## MOTION TO UNSEAL CASE

The United States of America moves this Court for an order unsealing the case in the instant cause for the following reasons:

1. On July 10, 2015, a criminal complaint charging Defendant with Murder and Accessory After the Fact, in violation of 18 U.S.C. §§ 1152, 1111, 2 and 3, was filed with the Court. An arrest warrant was issued at the same time.

2. Due to the nature of this case and ongoing coordination with other law enforcement agencies and attempts to locate the Defendant, it is respectfully requested that the federal case be unsealed.

3. The federal case will not be harmed if the federal case is unsealed.

4. Defendant is not yet represented by counsel in this matter, so the concurrence of counsel was not sought.

WHEREFORE, the United States requests that this Court unseal the instant cause.

Respectfully submitted,

DAMON P. MARTINEZ
United States Attorney

*Electronically Signed*
PAUL H. SPIERS
Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico 87102
(505) 346-7274