FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 10 2015

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | CRIMINAL NO. |
| ANTONIO VALDEZ, ) | 15 mj 2428 |
| Defendant. ) | |

## ORDER UNSEALING CASE

THIS MATTER is before the Court on the United States of America's motion to unseal the case. Having reviewed the Motion and being advised of the relevant law, the Court finds that the Motion is well-taken and should be granted. IT IS THEREFORE ORDERED that the Motion is GRANTED and this case is hereby UNSEALED.

STEVEN C. YARBROUGH
UNITED STATES MAGISTRATE JUDGE