Case 1:15-mj-02428-SCY   Document 13   Filed 07/24/15   Page 1 of 2

FROM :                                FAX NO. :                                Jul. 23 2015 04:13PM  P2
om: Dan Marlowe    Fax: (505) 820-7652    To: 5053840246@rcfax.com Fax: +15053840246    Page 2 of 3  07/23/2015 12:50 PM

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                                                      1:15-MJ-2428

ANTONIO VALDEZ,

        Defendant.

### WAIVER OF GRAND JURY PRESENTMENT

COMES NOW Defendant by and through the undersigned counsel and after having been advised of my right to have my case presented to the Grand Jury within 30 days from the date of my arrest pursuant to 18 U.S.C. 3161(b) on the charges contained in 15-mj-2428 and after having discussed this with my attorney I hereby freely and voluntarily waive my right to have my case presented to the Grand Jury and or indicted within 30 days from the date of my arrest. Understanding this right I waive time within which this matter must be indicted for a period of 90 days from the date of the preliminary examination held on July 16, 2015 to facilitate further negotiations with the government regarding the a possible plea and disposition in this case.

I specifically waive the time within which this matter must be brought to a Grand Jury and consent to it being continued from July 16, 2015 to and including October 16, 2015, a period of 90 days.

I further waive any rights to a speedy trial and consent to this extension as excludable delay as it is in the best interests of justice that this matter be delayed for further investigation which outweighs the public interest in assuring an accused of a speedy trial.

FROM :
om: Dan Marlowe    Fax: (505) 820-7652
FAX NO. :
To: 5053840246@rcfax.con Fax; +15053840246
Jul. 23 2015 04:14PM   P3

*[signature]*
ANTONIO VALDEZ
Defendant

I have reviewed this waiver of presentment of this case to the Grand Jury over 30 from arrest with the Defendant and I believe it is in his best interest to delay the presentment of this matter to the Grand Jury.

*[signature]*
Daniel R. Marlowe